LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 0088666)
Email: glafayette@lkclaw.com
AFRICA E. DAVIDSON (State Bar No. 225680)
Email: adavidson@lkclaw.com
101 Mission Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

JS-6

Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO DE LEON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and Does 1 through 10,<br><br>    Defendants. | Case No. 8:14-cv-00989-JVS-AN<br><br>**JUDGMENT**<br><br>[Fed. R. Civ. Proc. 56, Local Rule 56]<br><br>Date: June 15, 2015<br>Time: 1:30 p.m.<br>Ctrm: 10C<br>Judge: Hon. James V. Selna<br><br>Trial Date: August 4, 2015 |

[PROPOSED] JUDGMENT

1

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

Defendant The Prudential Insurance Company of America's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment came on regularly for hearing before the Court on June 15, 2015 at 1:30 p.m., in Courtroom 10 C, the Honorable James V. Selna presiding. The evidence presented having been fully considered, and the issues having been duly heard, and a decision having been duly rendered,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Defendant The Prudential Insurance Company of America and against Plaintiff Romulo DeLeon.

Defendant The Prudential Insurance Company of America shall recover the costs of suit, in accord with Federal Rule of Civil Procedure 54(d).

IT IS SO ORDERED.

DATED: June 17, 2015

_____
HONORABLE JAMES V. SELNA
United States District Court Judge

[PROPOSED] JUDGMENT

2